UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00012

**United States of America**

v.

**Jaqualyn Keeyun Randall**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 33. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the superseding indictment. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id.*

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Jaqualyn Keeyun Randall guilty of count one of the superseding indictment, charging a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

*So ordered by the court on September 6, 2022.*

J. CAMPBELL BARKER
United States District Judge